UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   03-cr-00467-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MIGUEL SALAIS-DOMINGUEZ, et al.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set for **Monday, October 24, 2011, at 11:00 a.m., in courtroom A-1002.**

      Dated:  August 15, 2011.